**No. 10-9155. Henry Joe Pettigrew, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

563 U.S. 964, 131 S. Ct. 2157, 179 L. Ed. 2d 942, 2011 U.S. LEXIS 3204.

April 25, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-9157. Justice E. Ainooson, Petitioner v. Massachusetts.**

563 U.S. 964, 131 S. Ct. 2157, 179 L. Ed. 2d 942, 2011 U.S. LEXIS 3265.

April 25, 2011. Petition for writ of certiorari to the Appeals Court of Massachusetts denied.

Same case below, 77 Mass. App. 1121, 933 N.E.2d 182.

**No. 10-9159. Christopher Darnell Stratton, Petitioner v. Texas (four judgments).**

563 U.S. 964, 131 S. Ct. 2157, 179 L. Ed. 2d 942, 2011 U.S. LEXIS 3229,

April 25, 2011. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.

**No. 10-9161. Gregory Dabbs, Petitioner v. Illinois.**

563 U.S. 964, 131 S. Ct. 2158, 179 L. Ed. 2d 942, 2011 U.S. LEXIS 3337.

April 25, 2011. Petition for writ of certiorari to the Supreme Court of Illinois denied.

Same case below, 239 Ill. 2d 277, 346 Ill. Dec. 484, 940 N.E.2d 1088.

**No. 10-9165. Ronald Ross, Petitioner v. Edwin G. Buss, Secretary, Florida Department of Corrections.**

563 U.S. 964, 131 S. Ct. 2175, 179 L. Ed. 2d 942, 2011 U.S. LEXIS 3218.

April 25, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-9168. Brandon Eugene Lacy, Petitioner v. Arkansas.**

563 U.S. 964, 131 S. Ct. 2158, 179 L. Ed. 2d 942, 2011 U.S. LEXIS 3225.

April 25, 2011. Petition for writ of certiorari to the Supreme Court of Arkansas denied.

Same case below, 2010 Ark. 388, 377 S.W.3d 227.

**No. 10-9181. Antonio Welch, Petitioner v. Florida.**

563 U.S. 964, 131 S. Ct. 2158, 179 L. Ed. 2d 942, 2011 U.S. LEXIS 3283.

April 25, 2011. Petition for writ of certiorari to the District Court of Appeal of Florida, Fifth District, denied.

Same case below, 43 So. 3d 708.

**No. 10-9182. Keenan Wilkins, Petitioner v. California.**

563 U.S. 964, 131 S. Ct. 2158, 179 L. Ed. 2d 942, 2011 U.S. LEXIS 3242.

April 25, 2011. Petition for writ of certiorari to the Court of Appeal of California, First Appellate District, denied.